JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | | |
|---|---|---|
| DAVID LEE CLANCY, | ) | Case No. SACV 19-00462-AS |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, Commissioner | ) | |
| of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 12, 2020

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE